**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
__ALBANY__ **DIVISION**

Filed at _10:25 A._ M
_10·1·30_ , 20 _14_
_WKS_
Deputy Clerk, U.S. District Court
Middle District of Georgia

**QUESTIONNAIRE FOR THE PRISONERS PROCEEDING**
**PRO SE UNDER 42 U.S.C. § 1983**

EDWARD TYRONE RIDLEY
~~STATE OF GEORGIA @ Crisp Co.;~~
~~Crisp Co. Sheriff Dept; Cordele Police Dept;~~
~~Florida Dept. of Law Enforcement (FDLE); State~~
~~of Alabama @ Troy.~~

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

**Plaintiff**

**VS.**

STATE OF GEORGIA @ Crisp Co.; Crisp Co.
Sheriff Dept; Cordele Police Dept; Fla.
Dept of Law Enforcement (FDLE); State of
Alabama @ Troy; state of Florida, Panama City
City of Troy Police Dept. A1b; Pike Co. A1A Sheriff
Florida Dept. of Corr, John & Jane Doe's Jr5
Ala. D.o.I.C., at Easterling  **Defendant(s)**
State Prison; GBI, Ga. Do.C., Stanley Williams

(NAME OF EACH DEFENDANT)

EMERGENCY

**CIVIL ACTION NO:**

_1:14-CV-164 (WLS)_

Demand For Emergency
Evidentiary Hearing /or
Jury Trial.

## I. GENERAL INFORMATION

1. Your full name **and** prison number __EDWARD TYRONE RIDLEY, 570139__

2. Name and location of prison where you are **now** confined __SMITH STATE PRISON, Glenville, Ga.__

3. Sentence you are now serving (how long?) __30 years Serve 3yrs with Parole, illegal latches to make parole__

   (a) What were you convicted of? __Alleged violation of O.C.G.A. 42-1-12__

   (b) Name and location of court which imposed sentence __Crisp Co., Cordele, Ga. Superior Court, 510 North 7th St; P.O. Box 747, 31015__

   (c) When was sentence imposed? __November 18, 2013__

   (d) Did you appeal your sentence and/or conviction?    Yes ☑    No ☑

   (e) What was the result of your appeal? __No direct appeal, appeal to remove Name off 42-1-12__

PAGE 1

**(f) Approximate date your sentence will be completed** _? max Nov. 16, 2016_

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE.  IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

**4.** Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

      Yes ☐   No ☑

**5.** If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

    **(a) Parties to the previous lawsuit INVOLVING SAME FACTS:**

        Plaintiff(s):_____

        _____

        Defendant(s):_____

        _____

    **(b) Name of Court:**_____

    **(c) Docket Number:**_____   **When did you file this lawsuit?**_____

    **(d) Name of judge assigned to case:**_____

    **(e) Is this case still pending?**     Yes ☐   No ☐

    **(f) If your answer to (e) is "No", when was it disposed of and what were the results?**

        (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

        _____

**6.** Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes ☑   No ☐

**7.** If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

    **(a) Parties to the previous lawsuit:**

        Plaintiff(s): ~~Case 81-0994~~, _Edward Tyrone Ridley 289218_

        Defendant(s): _Parole Board, David Brown etal._

    **(b) Name of Court:** _Northern Dist. of GA_

    **(c) Docket Number:** _?_     **When did you file this lawsuit?** _1994 or 1995_

    **(d) Name of judge assigned to case:** _?_

    **(e) Is this case still pending?**     Yes ☐   No ☑

_2_

**(f)    If your answer to (e) is "No", when was it disposed of and what were the results?**
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

*denied   1997   believe*

**8. AS TO <u>ANY</u> LAWSUIT FILED IN <u>ANY</u> FEDERAL COURT** in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?    Yes ☐    No ☐

**If your answer is Yes, state the name of the court and docket number as to each case:**

*Northern Dist. of Fla.* _____

*Northern D.S. GA.* _____

_____    _____

_____    _____

### III. PLACE OF INCIDENT COMPLAINED ABOUT

**9. Where did the matters you complain about in this lawsuit take place?** *Cordele, Ga., Nov. 18, 2013, Troy, Ala; 2013; FDCE, since 2003; State of Fla since 1997 All to date of this case*

    **(a) Does this institution have a grievance procedure?**    Yes ☐    No ☐

    **(b) If your answer to question 9(a) is "Yes", answer the following:**

        **(1) Did you present your complaint(s) herein to the institution as a grievance?**

        Yes ☐    No ☑

        **(2) If Yes, what was the result?** _____

_____

_____

        **(3) If No, explain why not:** *Not grievable*

_____

_____

_____

3

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials?  Give dates and places and the names of persons talked to.

_____

_____

_____

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?     Yes ☐     No ☐

    (1) If Yes, to whom did you appeal and what was the result? _____

    _____

    _____

    (2) If No, explain why you did not appeal: _____

    _____

    _____

10.  In what other institutions have been confined?  Give dates of entry and exit.

Jackson S.P. til March 2014; Crisp Co. Sail til Nov. 2013; Kilby C.F, Ala, 2011; Pike Co. Sail, Troy Ala; July 2010 - Aug 2010 thru Feb 2011; Troy Ala City jail 2013; Bay Co. Panama City Sail 1995; Truetlen P.D.C; 2007; Cellton P.D.C. 2008; Emanuel P.D.C. 2007; Crisp. Co. Sail 1991, Coastal S.P., 1991; Muscogee C.I. 1992; Taylor C.F; Perry Fla 1998; Madison C.F. madison Fla 1997; Lake Butler C.F. 1996; Frank Scott S.P. 1992-93; Kilby S.P, Ala, 2011; Easterling C.F, Clio, Ala 2011;

### IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

P.O. Box 726, Glennville, Ga. 30427,   K-2-209-B.
Smith State Prison

_____

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit.  (ATTACH ADDITIONAL PAGES IF NECESSARY)

State of Georgia, Denise Fachini, Dist. Atty, 510 N. 7th St, Cordele, Ga. 31015; Crisp Co. Sheriff Detectives, Detective Tamara Sears, Detective Denise Youngblood, Sheriff Lake Dunivic Haralson, Acting Sheriff Gena Jane Doe; Billy Hancock all at 197 Hwy 300 S. , Cordele, Ga 31015; Fla. Dept. of Law Enforcement (FDLE) Agents Jane + John Doe's 1-5; Cordele Police Dept. John Doe #1 Chief, John Doe #2 Major Green; (3) Loyd Anderson; State of Ala, District Atty John Doe's 1-2; Pike Co. Ala, Sheriff, + Detectives 1-3 & John + Jane Doe's, Troy Ala, City Police, Chief and John Doe's 1-3; State of Florida District Attorney Panama City Fla; John Doe, Judge DeDee Costello, Bay Co. Fla; Floyd Griffith, Public Defender, Bay Co. Fla.; Douglas White, Public Defender Bay Co Fla; Tim Edson, Public Defender + Josh Lockley, Cordele Ga. Public Defenders office; William Burl key III, Atty at Law, Troy, Ala.,

Respondent's
Addresses:
Easterling Correctional Facility Warden, Jane and John
Does 1-5;        Clio, Ala..  ; U/K
Governor Alabama, U/K   Montgomery, Ala.;
Governor Nathan Deal, 4/0 Capitol Sq. S.W., Atl, Ga. 30334;
Alabama Dept. of Corrections U/K   Montgomery Ala.;
Pike Co. Ala, Sheriff and District Attorney's
Office, 120 West Church St, Troy, Ala 36081,
Troy Police Dept. John Does 1-3  P.O. Box 549
Troy, Ala. 36081,    ;
Florida Dept. of Corrections   Unknown ;
Florida Dept. of Law Enforcement, (FDLE) Unknown  ;
Judge DeLee Costello, 14th Judicial Circuit Courthouse
300 E. 4th St. #105, Panama City, Fla. 32401;
John Nathan Dingus, District Atty's Office 300 E 4th St.;
Panama City, Fla. 32401;
Jim Eidson and Seth Lockley, 716 D E. 16th Ave
Cordele, Ga. 31015;
Denise Fachini, DA Office, 510 N. 7th St, Cordele Ga. 31015;
Judge Robert Chasteen, 510 N. 7th St, Cordele, Ga. 31015, with
Chief Judge John C. Pridgen, (and Gail Sims Magistrate
Judge witness only); G.B.I, John + Jane Doe's 1-3
Free Book all unknown floride's and addresses U/KN
All John and Jane Doe  DA's + Attorney's
                    Page 4

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, **WHERE** the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them? Describe how **each** defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE **REQUIRES** THAT PLEADINGS BE **SIMPLE**, **CONCISE**, and **DIRECT**! If the court needs additional information from you, you will be notified.

**WHERE** did the incident you are complaining about occur? That is, at what institution or institutions? Cordele Ga, Troy, Ala, Clio, Ala, Panama City Fla, Tallahassee, Fla, Chipley Fla, Atlanta, Ga.

**WHEN** do you allege this incident took place? Starting 1998 Dec, 1995 - date of this Petition

**WHAT** happened? ON or around 2003 I was illegally placed on Florida's sex offender Registery by Agent(s) of FDLE, so that all agents at Crisp Co. Sheriff Dept Named can illegally place me on 42-1-12 and convict, Punish, maliciously Prosecute, Fasly imprison Ridley to date of this complaint. ON July 29, 1996 I was sentenced under Fla. Statute 943.325 ONLY to provide Blood to FDLE Not register as any type sex offender by Judge Register see Fla. Sentencing + Judgment. It was NOT Announced on July 29, 1996 or by Judge De Vee Costello on Jan 30, 1998 mnths before my maxium release date 12/11/98. To determine by law was it PRONOUNCED on 7/29/96 or 1/30/98 that anytime after my release on 12/11/98 that I was required to 42-1-12 in Florida on 7/29/96 or 1/30/98 as In fasly imprisioned to date for, was I in window when New Laws was being inacted into law and would be ex post factor Punishment to force Ridley years after sentencing twice in 2003 or 65 to 42-1-12 without going before a Fla. Judge so his case could be Amended. Was his offense a megan law offense that was put in Place to ONLY Protect CHILDREN FROM CHILD MOLESTORS, VIOLENT SEXUAL PREDATORS. I was NOT convicted of any type Child offense case 95-2844 to be placed under 42-1-12 or any state's megan law Registration Requirements in Florida, Georgia or Alabama @ Troy. I was Placed by the Named agents correptly as a violent Sexual Predator, and Child molestor at

5

Continued

What Happened:

Schools, Posters or Now Monitors At Police Depts, Sheriff office, and DHR, and world wide internet, maliciously, corruptly with malice by all named agents in each State, County or City to Cause Severe mental Anguish to myself family and friends that caused terrorist acts toward all named, threats, job loss, couldn't use my Electrical Certification, live in certain Places, go to certain events just living A Normal live. I've sent copies of my Fla. Plea Sentencing to Judge Pidgen, Denise Facluni, all agents at Sheriff And Police Dept. in Georgia, Troy, Pike Co. Ala. to No Avail from begening to date of this complaint. Judge Heal Pike Co. Ala. said he had No Jurisdiction to rule on Any Motion to remove Name off Troy, and Ala 42-1-12 but was forced to register in Troy, Pike Co. Ala. in 2013 At City and County without Due Process when they knew was Not A Megan Law Offense but still had to register there illegally Stay or live in woods due to illegal ordinances for sex offenders to live only in County. When they knew my Case in Florida WAS A 1995 Case I WAS only to Provide Blood to FDLE F.S. 943.325 Not register AS ANY type sex offender I provided them with Copies of Fla Plea but corruptly Conspired with Crisp Co. Sheriff Agents to Force me to register in Troy without Counsel or Due Process, They failed like Crisp Co. to investigate completely did Agents At FDLE have me on Fla 42-1-12 legally since in my Court Orders

6

I was only to provide Blood to FDLE FS 943.325.
I want to challenge that 42-1-12 is totally illegal
to punish anyone to prison for alleged violations of
42-1-12 especially address when you do register and stay
in contact and person was not a minor as 42-1-12
required. 42-1-12 must be immediatly changed to
a mental Health Issues such as AIDS, HERPES,
since in psycology these issues deal with people state
of mind malfunction of the brain to a full extent
of medical research. This must not be criminal since
to remove your name is civil both must be civil
especially when it become only criminal to punish
when you alleged to violate 42-1-12 or any state
statute concerning registering as a sex offender. I
mailed to Tim Eidson, Sesh Lockley, John Pridgen,
Denise Fachini, Parole Board, Sheriff Detectives agents, Police
Dept's Cordele, Ga, Troy Ala, Pike Ala Sheriff Det's All copies
of my Fla. Plea. Sentencing Also contacted Douglas White
Floyd Griffith all to date fail to act on my illegal
Sentence. Eidson say I need to hire Fla. lawyer when
I was being prosecuted for the Fla. case in Ga he
And Lockley fail to fully investigate Fla. Case to determine
was I placed there illegally. All court agents could

7

have forced FDLE to follow Ridley Plea Blood ONLY
F.S. 943.325 Not register As any type sex offender
or under F.S. 775.225 when I was barred from filing
illegally by Judge DeDee Costello she didn't sentence
me on 1/30/98 to register as any type sex offender
Nor was I required by law. I was in window of
old and new Law. On 1/30/98 Judge Costello knew
all sex offender Laws but DID NOT PRONOUNCE
ON 1/30/98 I WAS REQUIRED TO REGISTER AS ANY
TYPE SEX OFFENDER AFTER MY RELEASE ON 12/11/98 to
this date as was required by Fla. Law (1995). WAS
MEGAN LAW put in Place for adults ON July 1, 1996
or to PROTECT CHILDREN signed into law by then (775.225)
U.S. President Bill Clinton. Around 2005 I alleged violated
42-1-12 Judge Robert Chasteen and Lake Barbara Becnatt
failed to follow Laws that was in place then. I was charged
with a misdemeanor $500 R.O.R bond but was sentenced Corruptly
by Chasteen to a Felony 3 yrs probation when warning,
weekend jail, city probation, was in place but illegally sentenced
me to a Felony in violation of Georgia law that was in
Place then, when they knew the Law, but failed to
follow, only to Punish Ridley. I filed motions to Recuse
Chasteen, he answers those and deny them without
Allowing Chief Judge John Pridgen. BACK then he

8

And Becraft said on record they would Answer mutunes
Prise I filed to remove my Name off 4-2-1-12
to No avail to date filed Numerous Others
to date to No avail, State of Georgia illegally used
my No contest, Nolo Contendee, First Offender Terrist
Act offense against me in R13-149 when they knew
was illegal. State of Georgia used my priors against
me on Nov. 18, 2013 when they knew on Feb 14, 2011 I
was sentenced under Part of Ala Hib.tual Offender Act
when they attacked the 15 yrs. which by Law fall
under Hib.tual Offender when you get a 15 yr or more
sentence with 2 priors. Tim Eidson + Lokley Allowed these illegal procedures.

   I challenge Ala. Straight, Spl.t, Suspended,
Probated sentence Act As illegal You have 4 sentences
on one offense 15 years, split that to 6 months
Suspend those 6mo And 15years after completion of 6
months, then 3 years unsupervised probation this is
totally illegal to have (4) four sentences, on (1) one
offense. I had Promoting Prison Contra band, there is
No telling how many people in Alabama have been
illegally sentenced to such a illegal unheard of
Punishment, for one offense All cases must be
Dismissed immediately, And federal Investigation;
Counsel Appointed in these matters Immediatley.
Will Bubl key Allowed this illegal Procedure.

9

I want to sue DeeDee Costello for banning me from filing Petitions Post-Conviction, letters ect without Fla lawyer Habeas actions. Didn't provide me copies of denial of 3.850 til around 2006 when went to Clerk, She Clerk said was lost in file. Made me late for filing anything else in case to date. Clerk refuse to date After 20 yrs to file Petitions or receive information for my 1:14-cv-34-WLS-TQL or R13-149 case without Fla. Lawyer All done or being done corruptly with extreme malice for nearly 20 years.

Floyd Griffith and Douglas White refuse to file motions that force FDLE to follow my 1996 Plea And District Attorney Office spoke to each by Phone All say, Fla. Dept. of Corrections responsible, When Fla. D.O.C. is No court of law, And they knew I was sentenced under 943.325, Not Any 42-1-12, to date in Florida, by A Judge to Amend my charge, or Pronounce in Amended Sentence, which would be extremely illegal, prejudice, after Almost 20 yrs, without any other charge As in Fla to date. In all the named each individual Conspired with other agents to impede on my State and Federal Constitutional Rights and Civil Rights. Father on June 30, 2011 while at Easterling State Prison,

11

Clia, Ala. Crisp Co. Sheriff Dept. Conspired with agents with Ala. Doc. at Easterlin State Prison to Not take me before a Extradition Judge to be taken into custody by agents of Crisp Co. Sheriff Dept. without a Arrest Warrant by Govonors of Georgia And Alabama Nor was I read my Maringda Warnings on June 30, 2011 or November 15, 2013 when I was Arrested for contempt of Court. in Case R13-149 for drinking. On November 15, 2013 I told Josh Lockley Public Defender I didn't want him or Public Defenders office to represent me he had me arrested and forced to Plea on Nov. 18, 2013.

I was sentenced to 3 days jail but was denied release by Crisp Co. Sheriff Office early that morning Since I was out on bond So I could prepare for trial and have Public Defenders Office Fired And go home on Nov. 18, 2013 but was Corruptly forced back into courtroom by Josh when I told him I wanted continuance but had me arrested see court film where he kept coming outside I was refusing him.

Cordele on June 10, 2011 had a pre-signed warrant that was pre-signed by Gail Sims Magistrate Judge who was a witness in R13-149, I believe other Judges.

/1

didn't want her to testify that she had taken me to 607 3rd Ave W., Cordele Ga on or after date of warrant to suppress illegal warrants in Cordele Judicial Circuit that he signed for convenance not for legal purposes or Due Process to determine if facts or correct. If she'd known that was false She wouldn't been willing to testify that She took me to Address and her Name was on warrant that was presigned or stamped signed without her knowledge.

Internet providers allowed my name to be place on their cites without their attorney's investigating to see if those posting are correct before allowed to place theire such as in my case I was placed there with malice, corrupt motive, illegally, as a Child molester, violent sexual predator due to my Fla. Case 95-2844 when my case was not about a minor she was a 20 year old adult.

Griffith back then allowed me illegally to plea to the lesser included offense when he knew DNA didn't match mine she claim to be a virgin 20 living in the hood I didn't have it or was treated for it in Ga, Fla or Ala after

12

investigations. Failed to give me a Poly-graph Test that I'm willing to take to date. to prove I didn't Sexually assault her in broad day light with two (2) grown German Sherpard dogs in her fenced clear cut clean back yard with nothing to hide behind Noisey Neighbors.

There must be mandates, put in place for All internet providers to have their Attorney's investigate each case especially when record clearly, Show not a megan law offense so that this never occure again Knowingly, by all internet providers, Facebook, Google, Mediacom, Comcast, All nobide or party ommitted from this suit that, provide internet Service in U.S., They don't have immunity, to do strip them of theirs as well they Are responsible for the world to look at Ridley as a Child Molestor, Sex offender, Child, Violent Sexual Predator,

Agents of GBI, illegally placed me on Georgia's 42-1-12, when they failed to properly investigate do Ridley or was it Pronounced in his Flonda Sentence and Judgment on July 29, 1996

13

was Ridley legally required to 42-1-12 in Florida or do his Fla case meet 42-1-12 requirements to had been placed, there since he never lived in Florida after his release on 12/11/98. Since they have resources to fully investigate all circumstances of any individual case before they act by law Due Process.

On July 29, 1996, f Ridley would had known that he'd have to register as a sex offender he'd went on to trial and not Plea Nolo which was not suppose to been used against me, in any other court as a guilty Plea, the reason he took the Nolo Plea, Even court, DA and Attorney said on record July 29, 1996 nothing else see Plea Transcripts Fla. just do my 3 years, nothing else. Clear on records. Since I'm being charged in Georgia for violating 42-1-12 which, I suppose to had been required to do on 7/29/96 not any other day year month, ect. 7/29/96. Its nowhere on record of that to date on record that that was a part of my CONTRACT NOLO CONTENDERE PLEA, fix or withdraw. Simple.

14

Georgia Dept. of Corrections and Stanley Williams for housing me at a Prison with less than (3) three years to serve in Prison Maxinum. Where there are known Stabbings, murder, Stabbings that go un prosecuted by a Superior Court or investigated by the local District Attorney's office. Inmate to only receive Displinary reports and sent back to population to Stab again sometimes in, same cell with Person who got stabbed with person done Stabbing. For placing my security at close for a illegal known violation of 42-1-12 where they have Ridley Fla. Plea sentencing that clearly show Ridley is fasly imprisoned but continue to classify Ridley and house him at a Close security Prison. For a Civil violation of a alleged Crime out of Fla. 1995 No crime commited in Georgia to be classified to such a high security when D.O.C. and Stanley have facts to Ridley Fla. Plea Sentencing F.S. 943:325 or have access to same. This is done by Prejudice corrupt means. knowing my Fla.

15

Plea was a 3°F. A High misdemeanor in
Georgia. Futher want to sue Denise Fachwi
Cordele Police Dept, agents named crisp co, sheriff
for not filing charges against 2 two of my
cousins Troderick Lowe, and his step dad keith
Brunat for attempted murder, aggravated Assault,
with deadly weapon when the named agents
failed to file charges on them and prosecute
them to the fullest of the law, But said I
deserved it, was a violent sexual Predator
and child Molesters they didn't care oo
the failed to file charges when I was
immediatly transfered from Crisp Regenial
Hospital to Medical Center Macon for
sergury on left eye where Plates were placed,
head trama which I lost parcial vision
to date. Probably have brain injury for my
regular loss of memory on certain issues
Nightmares to date from the almost deadly
Assault by those who laughed then and
to date when asked about or drunk at
family functions, This need federal

16,

Investigation, to those corrupt, illegal
actions of those agents of the Cordele
Judicial Circuit and Policing of Citizens
of Cordele, Crisp Co. Ga, They placed me
on fosters, internet for terrorist acts
to be brought upon Ridley such as those
Named, Green, Anderson is Brothers of the
Masonic lodge with Bryant father and
then employer at J.W. Williams funeral
home Zack.                    part owner. operator
Tim Eidson, Denise Fachini, Seth Lockley.
All failed to investigate Ridley's FLA
Case after Ridley Provided them with
his FLA. Plea Sentencing Judgement where
Clearly show Mas Pope 20 Not minor
F.S. 943.325 Blood only Not 42.1-12.
Because the Sheriff Dept. Conspired with
FDLE don't force the District Attorney
At Public Defenders office not to do a
Independent investigation for facts
but failed, and Allowed illegal convictions,
Malicious Prosecution, False Imprisonment

17

of Ridley. without Due Process, I was
Not allowed Counsel in Fla. to correct
this by A Florida Judge, DeDee Costello
will not Allow Clerk to Accept any~
thing pertaining 95-2844 to date which
is extremely illegal. She knew I was
Not sentenced or was it was PRONOUNCED
on 7/29/96 or 1/30/98 that I had to
42-1-12 in Florida to date. Nor have she
Sent me a Court date for me to come
before her to date. She Also knew the
Law was Not in affect on 12-12-95
arrest date And was in a widow when
law was Changing 7/1/96 reason She
Couldn't by law Place me on a 42-1-12
to date. Plus She new 42-1-12 is for Megan
Low Crimes in which 95-2844 was Not
to date and will never be one. I've done
well over the original (10)ten years for my
Name to be removed. Anything else will
be illegal & CANNOT be made EX Post

18

Facto or Rectroactive. That case was not a crime against a minor or meet the requirements of A. John Walsh Megan Law 1996 Put in Place to Protect ONLY CHILDREN FROM CHILD MOLESTORS, SEXUAL VIOLENT PREDATORS. 95-2844 WAS NON of the above As both Judge Register on 7/29/96 And Judge Costello on 1/30/98 when she barred me from filing without a Fla. Lawyer knew all the laws of Fla. future or past but WAS NOT PRONOUNCED or mentioned especially the last 1/30/98 few munths before max release could have Placed that 4/2-1-12 in her order then but did NOT because Ridley WAS Not required by Law in 1998 years after sentincing therefore got to be extremely illegall 2003, 2010, And Nov. 18, 2013 to be illegally convicted of such corrupt illegal Statute to Ridley offense. Sue the State of Florda for Amending charge to 30

19

Attempted digital Sexual Battery when the alleged victim originally claim she was a virgin with disease sexually transmitted someone had to pass it on was in blood, if Ridley had was in blood but not. Anyway Ridley received. Herpes around 1993 so the alleged victim got to have it to if she got one disease must have both. if not as record show then I was not the one. She was having a consensual relationship with my uncle Frederick Julius Jackson who use to hang down the street from her house with his friend Rudy. I remember her mother stopped me and him around days told him to leave her daughter alone she would have him locked up, I wouldn't snitch then DNA should had cleared me there was no assault myself and uncle will take Polygraph and I wrote statement in 1:14-cv-34-WLS-TQL in case the withdraw my Florida Plea for violating Contract.

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Douglas White, Public Defender, P.O. Box 580, P.C. Fla. 32404-0580
Floyd Griffith, Public Defender, 1293 Jackson Ave, Chipley Fla. 32438, Anita Edward, Sheketra Williams
Sabrena L. Thomas, Louella Straughter, 801 W. 22nd Ave, Cordele, Ga. 31015; 801 W. 22nd Ave Cordele, Ga 31015
Johnathan Dingus, District Attorney's Office, Panama City, Fla. 32401, Bay Co. Courthouse,
Topekia Ridley, Jacqueline Ridley, Herbert Youman, Tanerin Ridley, 100 S. 11th St Cordele, Ga. 31015, Jessica Johnson. 420 Hanchey St. Troy, Ala.
Ronald Starks, Gary Starks, 151 Daisey Ct., Troy, Al 36081, Sake Johnson, Kish Johnson, 36081
Carl Smyms, Magistrate Judge, 510 N. 7th St. Crisp. Co Courthouse, Cordele, Ga. 31015

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

Grant me a Immediate Release from state custody, Remove Name off All States under 11th Cir. Ct. App. Jurisdictions 42-1-12, Pardon, Expunge Ball Seal entire criminal History, Strip all Respondents of Any immunity, withdraw Fla Plea or Remand follow F.S. 943.325 of 7/29/96, Grant Recoziance Bond for Fla, Immediatly dismiss R13-149 so Fla Can Force all to abide by Fla July 29, 1996 Judgment + Plea 943.325 Not register as Any type Sex offender

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 18 day of July 20 14

Edward Anna Ridley
PLAINTIFF

20