IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| EDWARD TYRONE RIDLEY, | * |
| Plaintiff, | * |
| v. | Case No. 1:14-CV-164(WLS) |
| | * |
| STATE OF GEORGIA, et al, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 4, 2014, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 4th day of November, 2014.

William E. Tanner, Clerk

s/ William C. Lawrence, Deputy Clerk